*The Law Offices of Avrum J. Rosen*

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
npizzo@ajrlawny.com

AVRUM J. ROSEN

------------

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

December 1, 2021

**BY CM/ECF ONLY**
Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

> **Re:** **David J. Doyaga, Sr., Solely as Chapter 7 Trustee of the estate of Harold Tischler v. Linda Tischler, LTATMTJT531816 LLC and Harold and Linda Tischler LLC, Adv. Pro. No. 21-01050-jmm**
> **Letter of Adjournment**

Dear Judge Mazer-Marino:

The undersigned is counsel to David J. Doyaga, Sr., the Plaintiff-Trustee (the "Trustee") in the above-referenced adversary proceeding.

Please allow this letter to confirm that: (i) the pre-trial conference; and (ii) *the Motion for Default Judgment against Linda Tischler, LTATMTJT531816 LLC and Harold and Linda Tischler LLC* [Dkt. No. 5], both set for December 2, 2021 at 11:00 a.m. have been adjourned to **December 14, 2021 at 11:00 a.m.**

Should the Court have any questions or require anything further, please do not hesitate to contact the undersigned. Thank you.

Respectfully submitted,

*/s/ Nico G. Pizzo*
Nico G. Pizzo

Cc:   All counsel of record  (by CM/ECF)
      Barry R. Feerst, Esq.  (barry@brfesq.com)